AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

***** DISTRICT OF  NEVADA

TERRY J. THOMAS,

      Plaintiff,  JUDGMENT IN A CIVIL CASE
V.

                      CASE NUMBER:  3:10-CV-00121-LRH-RAM

FREDDIE MAC,

      Defendants.

___  **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___  **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

 X   **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that plaintiff's motion for summary judgment [10] is DENIED. Defendant's counter-motion to dismiss [14] is GRANTED. Plaintiff's complaint is DISMISSED without prejudice.

| July 7, 2010 | **LANCE S. WILSON** |
|---|---|
| Date | Clerk |
| | /s/  M. Campbell |
| | Deputy Clerk |